LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
PETER C. ZILAFF, CSB NO. 272658
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Attorneys for Defendants County of Sacramento,
Sheriff Scott Jones, Nathan Burnette, and
Ricardo Martin

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE HARMON, individually and as joint successor-in-interest to Decedent LAMONT HARMON; MARGARET HOOPER, individually and as joint successor-in-interest to Decedent LAMONT HARMON; H.H., a minor, individually and as joint successor-in-interest to Decedent LAMONT HARMON, through her Guardian Ad Litem, MARGARET HOOPER; THE ESTATE OF LAMONT HARMON,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; SCOTT JONES, in his official capacity as SHERIFF for the SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; NATHAN BURNETTE, individually; RICARDO MARTIN, individually; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>        Defendants. | Case No.   2:12-cv-02758 TLN AC<br><br>Action Filed: 11/07/12<br><br>**STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER TO EXTEND THE TIME TO DISCLOSE EXPERT WITNESSES** |

Plaintiffs are represented by DeWitt M. Lacy of The Law Offices of John L. Burris. Defendants are represented by Van Longyear and Peter C. Zilaff of Longyear, O'Dea & Lavra, LLP.

Good cause exists to modify the pretrial scheduling order to extend the time for expert witness disclosure due to the availability of counsel and witnesses and the parties would like to

complete non-expert witness discovery prior to disclosing expert witnesses. The parties have met and conferred regarding pending discovery and have agreed on a limited modification of the previously set deadlines as follows:

| | |
|---|---|
| Non-expert discovery closed | October 29, 2014 to **October 13, 2014** |
| Initial disclosure of experts | July 29, 2014 until **October 29, 2014** |
| Supplemental disclosure of experts | August 29, 2014 until **November 18, 2014** |
| Expert discovery closed | **December 10, 2014** |

The parties would like all other existing pre-trial dates, including dispositive motion and trial dates, to remain in effect.

IT IS SO STIPULATED:

Dated: July 22, 2014                LAW OFFICES OF JOHN L. BURRIS

  /S/: DeWitt M. Lacy
DEWITT M. LACY
Attorneys for Plaintiffs

Dated: July 22, 2014                LONGYEAR, O'DEA & LAVRA, LLP

/S/: Van Longyear
VAN LONGYEAR
Attorneys for Defendants County of Sacramento, Sheriff Scott Jones, Nathan Burnette, and Ricardo Martin

IT IS SO ORDERED:

Dated: July 24, 2014

_____
Troy L. Nunley
United States District Judge