JOHN L. BURRIS, Esq.  SBN 69888
ADANTE D. POINTER, Esq. SBN 236229
DeWITT M. LACY, Esq. SBN 258789
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE HARMON, individually and as joint successor-in-interest to Decedent LAMONT HARMON; MARGARET HOOPER, individually and as joint successor-in-interest to Decedent LAMONT HARMON; H.H., a minor, individually and as joint successor-in-interest to Decedent LAMONT HARMON, through her Guardian Ad Litem, MARGARET HOOPER; THE ESTATE OF LAMONT HARMON,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>COUNTY OF SACRAMENTO; SCOTT JONES, in his official capacity as SHERIFF for the SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; NATHAN BURNETTE, individually; RICARDO MARTIN, individually; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>                    Defendants. | CASE NO.: 2:12-cv-02758 TLN<br><br>**STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER TO EXTEND THE TIME TO DISCLOSE EXPERT WITNESSES** |

Plaintiffs are represented by Adante D. Pointer and DeWitt M. Lacy of the Law Offices of John L. Burris.  Defendants are represented by Van Longyear and Peter C. Zilaff of Longyear, O'Dea & Lavra, LLP.

Good cause exists to modify the pretrial scheduling Order to extend the time for expert witness disclosures due to the availability of counsel and witnesses in this matter.  The parties have met and conferred regarding pending discovery and have agreed on a limited modification of the previously set deadline by extending the deadline for the initial disclosure of experts from October 29, 2014 until November 12, 2014.  This adjustment of the previously scheduled deadline to disclose experts will not disturb any other deadlines.  The parties would like all other existing pre-trial dates, including dispositive motion and trial dates, to remain in effect.

IT IS SO STIPULATED

Dated: October 23, 2014           **LAW OFFICES OF JOHN L. BURRIS**

/s/ *DeWitt M. Lacy*
DeWITT M. LACY, Esq.
Attorney for Plaintiffs
ANNIE HARMON, et al.

Dated: October 23, 2014           **LONGYEAR, O'DEA & LAVRA, LLP**

/s/   *Van Longyear*
VAN LONGYEAR, Esq.
Attorney for Defendants County of Sacramento, Sheriff Scott Jones, Nathan Burnette, and Ricardo Martin

IT IS SO ORDERED:
Dated:  November 6, 2014

Troy L. Nunley
United States District Judge

- 2