LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
PETER C. ZILAFF, CSB NO. 272658
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Attorneys for Defendants County of Sacramento,
Sheriff Scott Jones, Nathan Burnette, and
Ricardo Martin

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANNIE HARMON, individually and as joint successor-in-interest to Decedent LAMONT HARMON; MARGARET HOOPER, individually and as joint successor-in-interest to Decedent LAMONT HARMON; H.H., a minor, individually and as joint successor-in-interest to Decedent LAMONT HARMON, through her Guardian Ad Litem, MARGARET HOOPER; THE ESTATE OF LAMONT HARMON,**<br><br>　　**Plaintiffs,**<br><br>v.<br><br>**COUNTY OF SACRAMENTO; SCOTT JONES, in his official capacity as SHERIFF for the SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; NATHAN BURNETTE, individually; RICARDO MARTIN, individually; and DOES 1-50, inclusive, individually, jointly and severally,**<br><br>　　**Defendants.** | Case No.   2:12-cv-02758 TLN AC<br><br>Action Filed: 11/07/12<br><br><br>**STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER TO EXTEND THE EXPERT WITNESS DISCOVERY DEADLINE** |

　　Plaintiffs are represented by DeWitt M. Lacy and Adante Pointer of The Law Offices of John L. Burris. Defendants are represented by Van Longyear and Peter C. Zilaff of Longyear, O'Dea & Lavra, LLP.

　　Good cause exists to modify the pretrial scheduling order to extend the deadline for expert witness discovery due to the availability of counsel and witnesses and the parties. The

parties have met and conferred regarding pending expert witness discovery and have agreed on a limited modification of the previously set deadlines as follows:

    Expert discovery closed                    December 10, 2014 until **January 31, 2015**

    The parties would like all other existing dates to remain in effect.

IT IS SO STIPULATED:

Dated: December 15, 2014                LAW OFFICES OF JOHN L. BURRIS

                                        /S/: Adante Pointer
                                        DEWITT M. LACY
                                        ADANTE POINTER
                                        Attorneys for Plaintiffs

Dated: December 15, 2014                LONGYEAR, O'DEA & LAVRA, LLP

                                        /S/: Van Longyear
                                        VAN LONGYEAR
                                        PETER C. ZILAFF
                                        Attorneys for Defendants County of Sacramento,
                                        Sheriff Scott Jones, Nathan Burnette, and
                                        Ricardo Martin

IT IS SO ORDERED:

Dated:  December 23, 2014

                                        Troy L. Nunley
                                        United States District Judge