JOHN L. BURRIS, Esq., SBN 69888
ADANTE D. POINTER, Esq., SBN 236229
DEWITT M. LACY, Esq., SBN 258789
**The Law Offices of John L. Burris**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
dewitt.lacy@johnburrislaw.com
Attorneys for Plaintiffs ANNIE HARMON,
MARGARET HOOPER, & HANNAH BARBRA HOOPER

LONGYEAR, O'DEA& LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
PETER C. ZILAFF, CSB NO. 272658
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510
Attorneys for Defendants Nathan Burnette
and Ricardo Martin

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE HARMON, individually and as Joint Successor in Interest to Decedent Lamont Harmon; MARGARET HOOPER, individually and as Joint Successor in Interest to Decedent Lamont Harmon; HANNAH BARBRA HOOPER, , individually and as Joint Successor in Interest to Decedent Lamont Harmon; THE ESTATE OF LAMONT HARMON<br><br>                 Plaintiff,<br>vs.<br><br>NATHAN BURNETTE, in his official capacity as SHERIFF for the SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; RICARDO MARTIN, in his official capacity as SHERIFF for the SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; and DOES 1-50, inclusive, | CASE NO.:  2:12-cv-02758-TLN-AC<br><br>**STIPULATION TO PARTICIPATE IN SETTLEMENT CONFERENCE PURSUANT TO LOCAL RULE 16-271** |

individually, jointly and severally,

        Defendants.

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   IT IS HEREBY STIPULATED by and between Plaintiffs ANNIE HARMON; MARGARET HOOPER; & HANNAH BARBRA HOOPER and Defendants NATHAN BURNETTE; RICARDO MARTIN, through their counsel of record, to submit this action to VDRP pursuant to Local Rule 16-271 in order to participate in a voluntary settlement conference before Judge Allison Claire or Judge Edmund Brennan to be completed by October 1, 2016.

Dated: June _____, 2016                  **THE LAW OFFICES OF JOHN L. BURRIS**

                                                /s/ *DeWitt M. Lacy*
                                                DEWITT M. LACY
                                                Attorney for Plaintiffs

Dated: June _____, 2016                  LONGYEAR, O'DEA & LAVRA, LLP

                                                */s/ Peter C. Zilaff*
                                                VAN LONGYEAR
                                                PETER C. ZILAFF
                                                Attorney for Defendants
                                                *Mr. Zilaff has given consent for this document to be filed electronically

*The Law Offices of John L. Burris*
*7677 Oakport Street, Suite 1120*
*Oakland, California 94621*
*Telephone: (510) 839-5200*

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, the parties will complete a voluntary settlement conference before Judge Edmund F. Brennan on **August 11, 2016, in Courtroom 8, at 10:00 a.m.**  The parties are directed to submit confidential settlement conference statements via e-mail (efborders@caed.uscourts.gov) to chambers seven (7) days prior to the settlement conference.  Such statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement. The parties may agree, or not, to serve each other with the settlement statements.  Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms.  See Local Rule 270

SO ORDERED.

Dated: July 7, 2016

Troy L. Nunley
United States District Judge