UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE HARMON, individually and as joint successor-in-interest to Decedent LAMONT HARMON; MARGARET HOOPER, individually and as joint successor-in-interest to Decedent LAMONT HARMON; H.H., a minor, individually and as a joint successor-in interest to Decedent LAMONT HARMON,through her Guardian Ad Litem, MARGARET HOOPER; THE ESTATE OF LAMONT HARMON, <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF SACRAMENTO; SCOTT JONES, in his official capacity as SHERIFF for the SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; NATHAN BURNETTE, individually; RICARDO MARTIN, individually; and DOES 1-50, inclusive, individually, jointly and severally, <br><br>Defendants. | No.  2:12-cv-2758-TLN-AC <br><br><br>ORDER RE SETTLEMENT & DISPOSITION |

The case was before the court for a settlement conference conducted on August 11, 2016. At that conference, the parties made substantial progress towards a settlement and a further conference was ordered.  The parties were instructed to confer as to the date for that further

1

settlement conference.  However, on September 7, 2016, the parties informed the court that they have reached a settlement in principle and the additional conference is no longer necessary.  The proposed settlement must be presented to the Sacramento County Board of Supervisors for final approval.  Accordingly, it is ordered that dispositional documents are to be filed not later than ninety (90) days from the date of this order.

All hearing dates heretofore set in this matter are VACATED.

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: September 8, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE