THE LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS, CSB NO. 69888
DeWITT M. LACY, CSB NO. 258789
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Tel: 510-839-5200 Fax: 510-839-3882

Attorneys for Plaintiffs

LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
PETER ZILAFF, CSB NO. 272658
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916-974-8510

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE HARMON, individually and as joint successor-in-interest to Decedent LAMONT HARMON; MARGARET HOOPER, individually and as joint successor-in-interest to Decedent LAMONT HARMON; H.H., a minor, individually and as joint successor-in-interest to Decedent LAMONT HARMON, through her Guardian Ad Litem, MARGARET HOOPER; THE ESTATE OF LAMONT HARMON, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>COUNTY OF SACRAMENTO; SCOTT JONES, in his official capacity as SHERIFF for the SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; and DOES 1-50, inclusive, individually, jointly and severally, <br><br>　　　　Defendants. | Case No.   2:12-cv-02758-TLN –AC <br><br> Action Filed: 11/07/12 <br><br> **STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs ANNIE HARMON, individually and as joint successor-in-interest to Decedent LAMONT HARMON; MARGARET HOOPER, individually and as joint successor-in-interest to Decedent LAMONT HARMON; H.H., a minor, individually and as joint successor-in-interest to Decedent LAMONT HARMON, through her Guardian Ad Litem, MARGARET HOOPER; THE ESTATE OF LAMONT HARMON and Defendants NATHAN BURNETTE and RICARDO MARTIN and through their undersigned counsel that any and all claims be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Since the commencement of the action, Hannah Hooper (H.H.) reached the age of majority. All parties have consented to the settlement and have signed the Settlement Agreement and Release of All Claims.

The Stipulation of Dismissal encompasses all claims and all parties. Each party is to bear its own fees and costs, including all attorneys' fees.

Dated: December 7, 2016        THE LAW OFFICES OF JOHN L. BURRIS

By: _/S/: Adante Pointer_____.
    ADANTE POINTER
    DeWITT M. LACY
    Attorneys for Plaintiffs


Dated: December 7, 2016        LONGYEAR, O'DEA & LAVRA, LLP

By: _/S/: Van Longyear_____.
    VAN LONGYEAR
    PETER ZILAFF
    Attorney for Defendants


**ORDER DISMISSING ACTION**

IT IS SO ORDERED. This action against Defendants NATHAN BURNETTE and RICARDO MARTIN is dismissed with prejudice. Each party to bear his/her own costs and attorneys' fees.

Dated: December 8, 2016

_____
Troy L. Nunley
United States District Judge